NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**QUALCOMM INCORPORATED,**
*Appellant*

**v.**

**INTEL CORPORATION,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-1574

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01261, IPR2018-01293, IPR2018-01295, IPR2018-01344, IPR2018-01346.

_____

**JUDGMENT**

_____

JENNIFER L. SWIZE, Jones Day, Washington, DC, argued for appellant. Also represented by ISRAEL SASHA MAYERGOYZ, Chicago, IL; ROBERT BREETZ, DAVID B. COCHRAN, DAVID MICHAEL MAIORANA, JOSEPH M. SAUER, Cleveland, OH; MATTHEW JOHNSON, JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

THOMAS SAUNDERS, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellee. Also represented by DAVID LANGDON CAVANAUGH; JOSEPH F. HAAG, Palo Alto, CA; RAUVIN A. JOHL, YVONNE S. LEE, Boston, MA.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, ROBERT J. MCMANUS, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and HUGHES, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 2, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |